# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| United States of America<br>v.<br>Xavier Pelkey<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:22-mj-00022-JCN<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 11, 2022__ in the county of __Kennebec__ in the
_____ District of __Maine__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26, United States Code, Section 5861(d) | The Defendant knowingly possessed firearms, specifically destructive devices, which were not registered to him in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Nathan Jacobs, attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Nathan Jacobs, FBI
*Printed name and title*

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Feb 11 2022

City and state: Bangor, ME

_____
*Judge's signature*

John C Nivison U.S. Magistrate Judge
*Printed name and title*