# UNITED STATES v. XAVIER PELKEY

## SYNOPSIS – COMPLAINT

| | |
|---|---|
| **Name:** | Xavier Pelkey |
| **Address:** (City & State Only) | Waterville, Maine |
| **Year of Birth and Age:** | 2003 (18 years old) |
| **Violations:** | Count 1: Possession of unregistered destructive devices. 26 U.S.C. § 5861(d). |
| **Penalties:** | Count 1: Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 26 U.S.C. § 5871; 18 U.S.C. § 3571(b)(3), (e). |
| **Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: 3 years, less any term of imprisonment imposed upon the revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Nathan Jacobs |
| **Detention Status:** | Probable cause arrest was made, detention motion to be filed. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |

| | |
|---|---|
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100.<br>18 U.S.C. § 3013(a)(2)(A). |