UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:22-mc-00022-JCN |
| ) | |
| **XAVIER PELKEY** ) | |
| ) | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_   Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_\_\_\_   Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_   Maximum sentence life imprisonment or death

    \_\_\_\_   10+ year drug offense

    \_\_\_\_   Felony, with two prior convictions in above categories

    \_**x**\_   Felony that involves a minor victim or possession/use of firearm, destructive device or other dangerous weapon

    \_\_\_\_   Felony that involves a failure to register under 18 U.S.C. § 2250

    \_\_\_\_   Serious risk defendant will flee

    \_\_\_\_   Serious risk of obstruction of justice

2. <u>Reasons for Detention</u>.

    (i)   <u>Temporary Detention</u>.   _____

    (ii) <u>Other Than Temporary Detention</u>. The Court should detain the defendant because no conditions of release will reasonably assure (check one or both):

    <u> x </u> Defendant's appearance as required

    <u> x </u> Safety of any other person and the community

  3. <u>Rebuttable Presumption</u>. The rebuttable presumption under 18 U.S.C. § 3142(e)(3)(E) does not apply in this case.

  4. <u>Date of Detention Hearing</u>. The United States requests the Court to conduct the detention hearing:

    <u>    </u> At first appearance

    <u> x </u> After continuance of 3 days (not more than 3).

  5. <u>Length of Detention Hearing</u>. The United States estimates that it will require 1 hour to present its case for detention.

  6. <u>Other Matters</u>. <u>                                                                                                                </u>

Dated in Portland, Maine this 11th day of February, 2022.

                    <u> /s/ Craig M. Wolff              </u>
                    Craig M. Wolff
                    Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I electronically filed this Motion for Detention with the Clerk of Court using the CM/ECF system.

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

/s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov