UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:22-mj-00022-JCN |
| | ) | |
| XAVIER PELKEY, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF TEMPORARY DETENTION**

Defendant Xavier Pelkey appeared before this Court on February 11, 2022, for an initial appearance on a complaint filed on February 11, 2022, which complaint charged Defendant with one count of possession of unregistered destrictive devices in violation of 26 U.S.C. § 5861(d). Pursuant to 18 U.S.C. § 3142(f)(1)(A), the Government orally moved for detention pending trial. The Court informed Defendant of his rights to a preliminary examination hearing and to a hearing on the issue of his continued detention. Defendant requested a preliminary hearing. Pursuant to the discussion with the parties, the Court scheduled the preliminary hearing and the hearing on the Government's motion for detention, if necessary, for February 16, 2022.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on February 16, 2022, or on another date to be scheduled after consultation with the parties for the preliminary hearing and the hearing on the Government's motion for detention.

Dated this 11th day of February, 2022.

/s/ John C. Nivison
U.S. Magistrate Judge