# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:22-mj-00022-JCN |
| | ) | |
| XAVIER PELKEY | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE DETENTION HEARING

The United States of America and Xavier Pelkey, by and through their undersigned counsel, respectfully request that the Court continue the detention hearing in this case, currently scheduled for February 16 at 10:00 a.m.

The parties are in the process of obtaining information that could be relevant to the issue of detention or release, but require additional time to complete this process. Under 18 U.S.C. § 3142(f), a detention hearing must be held immediately upon a defendant's first appearance unless the defendant or the government requests a continuance. The government previously requested a three-day continuance as permitted under § 3142(f). Both parties now request a further continuance, and submit that under the circumstances good cause exists to grant their request. If the Court grants the parties' motion, counsel will work with the Court's case manager to find an appropriate date and time for the continued hearing.

For the foregoing reasons, the parties request that the Court continue the detention hearing in this case to a date to be determined in consultation with the Court's case manager.

Respectfully submitted,


   /s/ Craig M. Wolff
Craig M. Wolff
Assistant United States Attorney


   /s/ Christopher K. MacLean
Christopher K. MacLean, Esq.
Counsel for Xavier Pelkey

Dated: February 15, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed this **Joint Motion to Continue Detention Hearing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Christopher K. MacLean, Esq.**
chris@dirigolawgroup.com

Darcie N. McElwee
United States Attorney

  /s/ Craig M. Wolff
Craig M. Wolff
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, Sixth Floor
Portland, ME 04101
(207) 780-3257
craig.wolff@usdoj.gov