UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. 1:22-mj-00022-JCN |
| ) | |
| XAVIER PELKEY ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING AND DETENTION HEARING

**NOW COMES Xavier Pelkey, by counsel pursuant to F.R.Cr.P. 45(b), and moves to continue the Preliminary Hearing and Detention Hearing scheduled for February 18, 2022.**

In support of this motion, counsel states the following:

1. Counsel for Defendant is scheduled for several specially set criminal matters in the Knox Criminal Docket and will be unavailable to appear at the Preliminary Hearing and Detention Hearing scheduled for February 18, 2022.

2. AUSA Craig Wolff has no objection to this motion.

**WHEREFORE,** Defendant requests this Motion be GRANTED and that the Preliminary Hearing and Detention Hearing be continued and rescheduled at a time both counsel are available.

DATE: February 17, 2022    /s/ Christopher K. MacLean
                           Christopher K. MacLean, Esq.

DIRIGO LAW GROUP LLP<br>
20 Mechanic Street<br>
Camden, Maine  04843<br>
207-236-2500<br>
Bar No. 8350<br>
chris@dirigolawgroup.com

## CERTIFICATE OF SERVICE

I, Christopher K. MacLean, Esq., attorney for Xavier Pelkey, hereby certify that I have served, electronically, a copy of the within "DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING AND DETENTION HEARING" upon Craig Wolff, Assistant United States Attorney, via the ECF system.

/s/ Christopher K. MacLean, Esq.<br>
Christopher K. MacLean, Esq.

DATE: February 17, 2022