UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:22-mj-00022-JCN |
| | ) | |
| XAVIER PELKEY | ) | FILED UNDER SEAL |
| | ) | |

## MOTION TO SEAL DECLARATION FOR 30 DAYS

The United States of America, by and through its counsel, Darcie N. McElwee, United States Attorney for the District of Maine, and Craig M. Wolff, Assistant United States Attorney, respectfully moves that the Court seal the Declaration of FBI Special Agent Garrett E. Drew, which the government intends to file as an exhibit at the defendant's detention hearing. A copy of the Declaration is attached as Exhibit 1. For the reasons stated below, the government requests that the Declaration be sealed for 30 days, until March 24, 2022.

As Special Agent Drew's Declaration indicates, this case is part of an ongoing investigation that spans several districts. Additional subjects are still being identified. If the Declaration is immediately made public, it could jeopardize the ongoing investigation by causing as-yet-unidentified subjects to destroy evidence or notify confederates. Although the information in the Declaration may be discussed at the detention hearing, the government requests that the Declaration itself be sealed for a period of 30 days following the hearing, until March 24.

Counsel for the Defendant, Christopher K. MacLean, Esquire, has informed government counsel that the defendant does not object to the government's request.

For the above reasons, the government requests that the Court seal the Declaration until March 24, 2022.

Dated at Portland, Maine this 21st day of February, 2022.

    Respectfully submitted,

    Darcie N. McElwee
    United States Attorney

    Craig M. Wolff
    Assistant United States Attorney