UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. XAVIER PELKEY

DOCKET NO:  1:22-mj-00022-JCN

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Sealed Declaration | 2/22/2022 | 2/22/2022 | | 2/22/2022 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |